IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PONIE CLARK, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT ERIC CARTER, J.R, et al., <br><br> Defendants. | No. 2:23-cv-00054-JMS-MG |

**MOTION TO WITHDRAW**

**COMES NOW** Korby E. Kazyak of the law firm Sessions, Israel & Shartle, LLC, 3838 N. Causeway Blvd., Suite 2800, Metairie, Louisiana 70002 who pursuant to Local Rule 83-7, hereby moves to withdraw her appearance in this case as counsel on behalf of Defendants Capital Account, LLC, Synergetic Communications, Inc., Phone Verifications, LLC, John Wesley Shutt (incorrectly identified as "Wesley John Shutt"), Greg Norwicki, Dustin Holbrook and Robert Winkler (hereafter collectively referred to as the "Capital Defendants"). In support of this motion, Korby E. Kazyak states as follows:

1. Korby E. Kazyak's first appearance in this case on behalf of the Capital Defendants was filed on August 6, 2024. [Filing No. 61].

2. Kevin G. Barreca ("Mr. Barreca") and Fletcher W. Lavie ("Mr. Lavie") of the law firm Sessions, Israel & Shartle, LLC, 3838 N. Causeway Blvd., Suite 2800, Metairie, Louisiana 70002 have previously appeared on behalf of the Capital Defendants. [Filing Nos. 61, 98].

1

3. Mr. Barreca and Mr. Lavie both remain enrolled as counsel of record on behalf of the Capital Defendants.

4. The withdrawal of Korby E. Kazyak will not cause undue delay or prejudice to any party.

**WHEREFORE** Korby E. Kazyak respectfully requests that she be allowed to withdraw her appearance as counsel of record for Defendants Capital Account, LLC, Synergetic Communications, Inc., Phone Verifications, LLC, John Wesley Shutt (incorrectly identified as "Wesley John Shutt"), Greg Norwicki, Dustin Holbrook and Robert Winkler and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/ Korby E. Kazyak*
Kevin G. Barreca (La. Bar No. 24015)
Korby E. Kazyak (La. Bar No. 38296)
Fletcher W. Lavie (La. Bar No. 41306)
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7934
Facsimile: (504) 828-3737
Email: kbarreca@sessions.legal
Email: kkazyak@sessions.legal
Email: flavie@sessions.legal

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Indiana, Terre Haute Division, using the CM/ECF system. I further certify that I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participant:

PONIE CLARK
914442
WABASH VALLEY CORRECTIONAL FACILITY
Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

*/s/ Korby E. Kazyak*
Korby E. Kazyak